CARLIE CHRISTENSEN, United States Attorney (#633)
RICHARD W. DAYNES, Assistant United States Attorney (#5686)
VEDA TRAVIS, Assistant United States Attorney (#6449)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDY GUADALUPE SAUCEDA-OBESO, a.k.a. TRINI;<br>RAFAEL QUINTERO LOPEZ, a.k.a. RAFFA;<br>JAIME COVARRUBIAS SAUCEDA, a.k.a. MONO;<br>JOSE ARTURO RUBIO CARILLO, a.k.a. ARTURO, a.k.a. CHIVO;<br>MELESIO FLORES-QUINTERO, a.k.a. VITACHE;<br>JOSE GUADALUPE VARGAS-ESQUIVEL, a.k.a. LUPE, a.k.a. JOSE VARGAS;<br>VICTOR MANUEL HERNANDEZ;<br>ANTHONY MICHAEL MORENO a.k.a. ANTHONY MIGUEL MORENO a.k.a. TONY;<br>YULIANA MEZA, a.k.a. JULIE;<br>ERIK MAURICIO MEZA;<br>OSCAR SALGADO MARTINEZ;<br>JORGE TAPIA;<br>CRYSTAL MORENO, a.k.a. CRYSTAL ESPINOSA, a.k.a. FLACA;<br>ARMANDO LOPEZ FUENTAS;<br>ROBERTO ROJAS TORRES;<br>JOSE ANTONIO PEREZ, a.k.a. LOGAN;<br>ROCIO MAGALLON, a.k.a. ROCIO CRUZ;<br>RICARDO RODRIGUEZ, a.k.a. RICARDO | Case No. 2:11-cr-00213 CW<br><br>S U P E R C E D I N G<br>I N D I C T M E N T # 1<br><br>VIO. 21 U.S.C. § 846, CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE. |

| | |
|---|---|
| ARMANDO RODRIGUEZ;<br>FNU LNU a.k.a. EL QUATTRO;<br>CORNELIO REINA; and<br>JUAN MANUEL MARAVILLE-GOVEA,<br>    a.k.a. JUAN GOVEA-MARAVILLA,<br>    a.k.a. PRIMO;<br><br>          Defendants. | |

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown to the Grand Jury, but not later than April 14, 2010, and continuing through at least March 16, 2011, in the Central Division of the District of Utah,

FREDY GUADALUPE SAUCEDA-OBESO, a.k.a. TRINI;
RAFAEL QUINTERO LOPEZ, a.k.a. RAFFA;
JAIME COVARRUBIAS SAUCEDA, a.k.a. MONO;
JOSE ARTURO RUBIO CARILLO, a.k.a. ARTURO, a.k.a. CHIVO;
MELESIO FLORES-QUINTERO, a.k.a. VITACHE;
JOSE GUADALUPE VARGAS-ESQUIVEL, a.k.a. LUPE, a.k.a. JOSE VARGAS;
VICTOR MANUEL HERNANDEZ;
ANTHONY MICHAEL MORENO a.k.a. ANTHONY MIGUEL MORENO A.k.a. TONY;
YULIANA MEZA, a.k.a. JULIE;
ERIK MAURICIO MEZA;
OSCAR SALGADO MARTINEZ;
JORGE TAPIA;
CRYSTAL MORENO, a.k.a. CRYSTAL ESPINOSA, a.k.a. FLACA;
ARMANDO LOPEZ FUENTAS;
ROBERTO ROJAS TORRES;
JOSE ANTONIO PEREZ, a.k.a. LOGAN;
ROCIO MAGALLON, a.k.a. ROCIO CRUZ;
RICARDO RODRIGUEZ, a.k.a. RICARDO ARMANDO RODRIGUEZ;
FNU LNU a.k.a. EL QUATTRO;
CORNELIO REINA; and
JUAN MANUEL MARAVILLE-GOVEA, a.k.a. JUAN GOVEA-MARAVILLA, a.k.a. PRIMO;

the defendants herein, did knowingly and intentionally combine conspire, confederate, and agree with each other and other persons known and unknown to the grand jury, to distribute 500 grams

or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; in violation of 21 U.S.C. § 841(a)(1); all in violation of 21 U.S.C. § 846, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the felony offense alleged in Count 1 of this indictment, which is punishable by imprisonment for more than one year, the above named defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853 any and all property constituting and derived from any proceeds the said defendants obtained directly or indirectly as a result of the said felony offenses and any and all property, real and personal, used or intended to be used in any manner or part to commit and to facilitate the commission of the violations of 21 U.S.C. §§ 841(a)(1); as alleged in this Notice, and any property traceable thereto.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

CARLIE CHRISTENSEN
United States Attorney

RICHARD W. DAYNES
Assistant United States Attorney